```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 11-cr-123-01-JL

<u>Barton Tibando</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to December 19, 2011 at 9:30am; Trial is continued to the two-week period beginning January 4, 2012, 9:30am. Any further representations regarding late-provided discovery should be substantiated with specifics.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                             <u>*/s/Joseph N. Laplante*</u>
                                                              Joseph N. Laplante
                                                              United States District Judge

Date: October 14, 2011

cc:  Jon Saxe
     Terry Ollila
     U.S. Marshal
     U.S. Probation