UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.              Civil No. 11-cr-123-JL

<u>Barton Tibando</u>

### RECUSAL ORDER

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

SO ORDERED.

December 16, 2011        */s/ Joseph N. Laplante*
                 Joseph N. Laplante
                 United States District Judge

cc:  Jonathan Saxe, AFD
    Terry Ollila, AUSA